```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 11921
   RONALD DEAN HAPPEL
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-8144
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/21/06 and confirmed on 11/17/06.

   2.  The case was converted to Chapter 7 after confirmation, 01/07/2008.

   3.  The Debtor paid a total of $  19656.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| PHH MORTGAGE FKA CENDANT | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 6895.33 | 194.33 | 6895.33 |
| SILVER LEAF RESORT | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 21126.00 | .00 | 3228.78 |
| BECKET & LEE LLP | UNSECURED | 1347.53 | .00 | 205.22 |
| FIA CARD SERVICES | UNSECURED | 6610.62 | .00 | 1012.13 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3295.10 | .00 | 504.50 |
| DISCOVER BANK | UNSECURED | 3358.34 | .00 | 513.05 |
| FIFTH THIRD BANK | UNSECURED | 5580.53 | .00 | 852.76 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8308.63 | .00 | 1272.11 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 391.67 | .00 | 59.57 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9881.45 | .00 | 1510.80 |
| PHH MORTGAGE FKA CENDANT | MORTGAGE ARRE | 621.20 | .00 | 621.20 |
| SILVERLEAF RESORT INC | SECURED | .00 | .00 | .00 |
| SILVER LEAF RESORT | SECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 7516.53 | .00 | 59899.87 | .00 | 67416.40 |
| PRINCIPAL PAID | 7516.53 | .00 | 9158.92 | .00 | 16675.45 |
| INTEREST PAID | 194.33 | .00 | .00 | .00 | 194.33 |

```
TOTAL PAID                  7710.86            .00     9158.92              .00    16869.78
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $    500.00   direct and $   2000.00   through the plan.

The Trustee received $     786.22 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 06 B 11921 RONALD DEAN HAPPEL